In the Matter of the Claim of HENRY W. RIDOUT,
Respondent, against ROGERS & HAGERTY, INCOR-
PORATED, Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

*Ridout* v. *Rogers & Hagerty, Inc.*, 185 App. Div. ——, affirmed.
(Argued November 12, 1918; decided November 26, 1918.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered July 11, 1918, which affirmed an
award of the state industrial commission made under the
Workmen's Compensation Law.   The claimant was in
the employ of Rogers & Hagerty, and while engaged
in laying brick work in a sewer in the city of New York
was injured by an explosion in the sewer.   He filed
an election to sue a third party, reserving, however,
to himself and his dependents all rights and remedies
under the Compensation Act.   He did sue the third party
but, it appearing on the trial that he could not recover,
the action was discontinued and application made for
compensation.   The question was as to whether the

notice of election reserving the rights and remedies under the Compensation Law was a sufficient filing of claim.

*Jeremiah F. Connor* for appellant.

*Ralph G. Barclay* for claimant, respondent.

*Merton E. Lewis, Attorney-General* (*E. C. Aiken* of counsel) for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.